UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE, L.P., d/b/a SBC MISSOURI, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:05-CV-1264 CAS ) |
| THE MISSOURI PUBLIC SERVICE COMMISSION; JEFF DAVIS, CONNIE MURRAY, STEVE GAW, ROBERT M. CLAYTON III and LINWARD APPLING, in their official capacities as commissioners of the Missouri Public Service Commission and not as individuals; BIG RIVER TELEPHONE COMPANY, LLC; BIRCH TELECOM OF MISSOURI, INC.; IONEX COMMUNI-CATIONS, INC.; NUVOX COMMUNI-CATIONS OF MISSOURI, INC.; SOCKET TELECOM, LLC; XO COMMUNICATIONS SERVICES, INC.; XO MISSOURI, INC.; XSPEDIUS MANAGEMENT CO. OF KANSAS CITY, LLC; XSPEDIUS MANAGEMENT CO. SWITCHED SERVICES, LLC; MCI COMMUNICATIONS SERVICES, INC., MCIMETRO, LLC; CHARTER FIBERLINK-MISSOURI, LLC; NAVIGATOR TELECOMMUNICATIONS, LLC; SPRINT COMMUNICATIONS COMPANY, L.P.; and WILTEL LOCAL NETWORK, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DECLARATORY JUDGMENT AND PERMANENT INJUNCTION

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECLARED** that the Missouri Public Service Commission's Arbitration Order dated July 11, 2005 is contrary to federal law and preempted to the extent that it requires Southwestern Bell Telephone, L.P. to (1) fill new orders for unbundled local switching or the network elements which together comprise the UNE Platform, and (2) continue offering unbundled access to de-listed network elements.

**IT IS FURTHER ORDERED, ADJUDGED and DECLARED** that the Missouri Public Service Commission's Arbitration Order dated July 11, 2005, is otherwise **AFFIRMED**, including with respect to its ruling that SBC must provide entrance facilities to Sprint Communications Company, L.P. as needed for interconnection pursuant to 47 U.S.C. § 251(c)(2), at TELRIC rates.

**IT IS FURTHER ORDERED** that the Missouri Public Service Commission is permanently enjoined from enforcing the Arbitration Order dated July 11, 2005, as well as related orders approving interconnection agreements between Southwestern Bell Telephone, L.P. and each CLEC defendant, to the extent that they require Southwestern Bell Telephone, L.P. to (1) fill new orders for unbundled local switching or the network elements which together comprise the UNE Platform, and (2) continue offering unbundled access to de-listed network elements.

 

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  14th  day of September, 2006.